UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JARED UHLICH,<br><br>   Plaintiff<br><br> v.<br><br>R3 EDUCATION, INC., MEDICAL UNIVERSITY OF THE AMERICAS, and JOHN AND JANE DOES 1-100,<br><br>   Defendants | No.1:24-cv-12096-WGY |

## WAIVER OF SERVICE OF SUMMONS

To: Keith Altman, Andrew Miltenberg, Regina Federico

 I, Daryl J. Lapp, as attorney for R3 Education, Inc. ("R3") and Medical University of the Americas ("MUA"), acknowledge receipt of your request that R3 and MUA waive service of summons in the above matter.

 I have received a copy of the complaint. R3 and MUA hereby waive the requirement that you send two copies of a waiver form and a means by which they can return the signed waiver without cost to them. R3 and MUA agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that they be served with judicial process in the manner provided by Rule 4.

 R3 and MUA will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

 I understand that a judgment may be entered against R3 and MUA if an answer or motion is not served upon you within 60 days after September 6, 2024.

                  _[signature]_

                  _____
                  Daryl J. Lapp, BBO # 554980
                  Locke Lord LLP
                  111 Huntington Avenue
                  Boston, MA 02199
September 20, 2024        617.239.0100