UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JARED UHLICH,<br><br>      Plaintiff<br><br>  v.<br><br>R3 EDUCATION, INC., MEDICAL UNIVERSITY OF THE AMERICAS, and JOHN AND JANE DOES 1-100 (in their official and individual capacities),<br><br>      Defendants | C.A. No.: 1:24-CV-12096 |

**NOTICE OF APPEARANCE**

    Please enter the appearance of Daryl J. Lapp as counsel for defendants R3 Education, Inc. and Medical University of the Americas.

                                              R3 EDUCATION, INC. and MEDICAL
                                              UNIVERSITY OF THE AMERICAS,

                                              */s/Daryl J. Lapp*
                                              Daryl J. Lapp (BBO #554980)
                                                daryl.lapp@lockelord.com
                                              LOCKE LORD LLP
                                              111 Huntington Avenue
                                              Boston, MA 02199
October 31, 2024                            (617) 239-0100

**Certificate of Service**

    I certify that on October 31, 2024, I caused the foregoing document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

                                              */s/Daryl J. Lapp*
                                              Daryl J. Lapp

139399029v.2