UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JARED UHLICH,<br><br>         Plaintiff<br><br>   v.<br><br>R3 EDUCATION, INC., MEDICAL UNIVERSITY OF THE AMERICAS, and JOHN AND JANE DOES 1-100 (in their official and individual capacities),<br><br>         Defendants | C.A. No.: 1:24-CV-12096 |

**CORPORATE DISCLOSURE STATEMENT**

Medical University of the Americas Limited ("MUA") is a privately held company, which is wholly owned by MUA Management Company, Ltd., another privately held company, which is wholly owned by R3 Education, Inc. ("R3"), another privately held company. R3's ultimate parent corporation is Global University Systems Holding BV, also privately held. There is no publicly held company that owns, directly or indirectly, 10% or more of R3's or MUA's stock.

                                    R3 EDUCATION, INC. and MEDICAL
                                    UNIVERSITY OF THE AMERICAS,

                                    */s/Daryl J. Lapp*
                                    Daryl J. Lapp (BBO #554980)
                                       daryl.lapp@lockelord.com
                                    LOCKE LORD LLP
                                    111 Huntington Avenue
                                    Boston, MA 02199
October 31, 2024                    (617) 239-0100


**Certificate of Service**

I certify that on October 31, 2024, I caused the foregoing document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

                                    */s/Daryl J. Lapp*
                                    Daryl J. Lapp

138960705v.2