UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JARED UHLICH,<br><br>　　　　Plaintiff<br><br>　v.<br><br>R3 EDUCATION, INC., MEDICAL UNIVERSITY OF THE AMERICAS, and JOHN AND JANE DOES 1-100 (in their official and individual capacities),<br><br>　　　　Defendants | C.A. No.: 1:24-CV-12096 |

**NOTICE OF APPEARANCE**

　　Please enter the appearance of Nathalie M. Vega as co-counsel for defendants R3 Education, Inc. and Medical University of the Americas.

　　　　　　　　　　　　　　　　　R3 EDUCATION, INC. and MEDICAL
　　　　　　　　　　　　　　　　　UNIVERSITY OF THE AMERICAS,

　　　　　　　　　　　　　　　　　*/s/Nathalie M. Vega*
　　　　　　　　　　　　　　　　　Nathalie M. Vega (BBO #712480)
　　　　　　　　　　　　　　　　　  nathalie.vega@lockelord.com
　　　　　　　　　　　　　　　　　LOCKE LORD LLP
　　　　　　　　　　　　　　　　　2800 Financial Plaza
　　　　　　　　　　　　　　　　　Providence, RI 02903
October 31, 2024　　　　　　　　　(401) 276-6421

**Certificate of Service**

　　I certify that on October 31, 2024, I caused the foregoing document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　*/s/Nathalie M. Vega*
　　　　　　　　　　　　　　　　　Nathalie M. Vega

139406879v.1