UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JARED UHLICH,<br><br>*Plaintiff,*<br><br>v.<br><br>R3 EDUCATION, INC., MEDICAL UNIVERSITY OF THE AMERICAS, and JOHN AND JANE DOES 1-100 (in their official and individual capacities),<br><br>*Defendants.* | Civ. No. 1:24-cv-12096-WGY |

### ASSENTED-TO MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Regina M. Federico, of the law firm Nesenoff & Miltenberg LLP, counsel for Plaintiff Jared Uhlich, hereby moves for the admission *pro hac vice* of attorney Keith Altman, a partner in The Law Office of Keith Altman PLLC, Esq., 33228 West 12 Mile Road, Suite 375, Farmington Hills, Michigan 48334, (248) 987-8929, keithaltman@kaltmanlaw.com, pursuant to Local Rule 83.5.3(b), to serve as counsel to Plaintiff Jared Uhlich. I am a member of the bar of this Court and have entered an Appearance on behalf of Jared Uhlich.

As stated in the accompanying Declaration of Keith Altman, Esq., (the "Declaration") attached hereto as *Exhibit A*, Attorney Altman is a member in good standing in the courts noted in his Declaration (See Declaration, ¶ 3). Counsel for the Defendants indicated their assent to this motion on October 31, 2024.

WHEREFORE, I respectfully request that this Court admit Keith Altman, Esq. pro hac vice.

[signature page follows]

- 2 -

Dated: October 31, 2024
      Boston, Massachusetts

Respectfully Submitted,

/s/ Regina M. Federico
Regina M. Federico (BBO No. 700099)
NESENOFF & MILTENBERG, LLP
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
(617) 209-2188
rfederico@nmllplaw.com

*Counsel Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 31, 2024

/s/ *Regina M. Federico*
Regina M. Federico

## LOCAL RULE 7.1 CERTIFICATION

Plaintiffs, through their undersigned counsel, have conferred with counsel for the Defendants concerning the filing of the instant Motion. The Defendants indicated their assent to the within motion.

Dated: October 31, 2024

/s/ *Regina M. Federico*
Regina M. Federico