## EXHIBIT A

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **JARED UHLICH,**<br><br>*Plaintiff,*<br><br>v.<br><br>**R3 EDUCATION, INC., MEDICAL UNIVERSITY OF THE AMERICAS, and JOHN AND JANE DOES 1-100 (in their official and individual capacities),**<br><br>*Defendants.* | **Case No. 1:24-cv-12096-WGY** |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, **KEITH ALTMAN**, state the following of my own personal knowledge:

1.      I am an attorney at the Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48334.

2.      I am familiar with the facts of this case.

3.      I have been licensed to practice law and am a member in good standing in the following jurisdictions: the State of California (2008, Bar No. 257309); the State of Michigan (2017, Bar No. P81702); the Federal Courts of Eastern Michigan (2015), Western Michigan (2011), Maryland (2017), Northern California (2011), Southern California (2008), Central California (2013), Eastern California (2017), Northern New York (2020), Southern Indiana (2021), Northern Illinois (2021), Central Illinois (2021), Colorado (2009), North Dakota (2022), Southern Texas (2022), Eastern Texas (2019), Western Texas (2021), Northern Texas (2023), Nebraska (2022), and Western Arkansas (2023); the Appeals Courts for the First (2022), Second (2017),

**EXHIBIT A**

Third (2022), Fourth (2022), Fifth (2020), Sixth (2018), Eighth (2017), Ninth (2018), and Eleventh (2017) Circuits; and the United States Supreme Court (2012).

      4.      I am not admitted to practice law in any other states.

      5.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

      6.      I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

      7.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of October, 2024.

Keith Altman, Esq.
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Tel: (248) 987-8929
keithaltman@kaltmanlaw.com

## **EXHIBIT A**

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 31, 2024

/s/ *Regina M. Federico*
Regina M. Federico