UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JARED UHLICH,**<br><br> *Plaintiff,*<br><br>  v.<br><br>**R3 EDUCATION, INC., MEDICAL UNIVERSITY OF THE AMERICAS, and JOHN AND JANE DOES 1-100 (in their official and individual capacities),**<br><br> *Defendants.* | Case No. 1:24-cv-12096-WGY |

**[PROPOSED] ORDER TO ADMIT COUNSEL *PRO HAC VICE***

 This Matter, having come before the Court on Keith Altman, Esq.'s Motion for Leave to Appear Pro Hac Vice on behalf of Plaintiff, and the Court having reviewed the moving papers of the applicant, out-of-state attorney; and having considered this matter pursuant to Local Rule 83.5.3, and good cause having been shown, it is hereby:

 **ORDERED** that Keith Altman, Esq. shall be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts on behalf of the Plaintiff Jared Uhlich.

**Dated:** October __, 2024

_____
**UNITED STATES DISTRICT JUDGE**

*ECF Distribution: All Registered Participants and Counsel of Record*