AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| JARED UHLICH ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-12096-WGY |
| R3 EDUCATION INC., MEDICAL UNIVERSITY et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jared Uhlich.

Date: 11/11/2024

/s/ Keith Altman
*Attorney's signature*

Keith Altman
*Printed name and bar number*

THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan  48331

*Address*

keithaltman@kaltmanlaw.com
*E-mail address*

(248) 987-8929
*Telephone number*

(248) 213-9907
*FAX number*