UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JARED UHLICH,<br><br>      Plaintiff<br><br>v.<br><br>R3 EDUCATION, INC., MEDICAL UNIVERSITY OF THE AMERICAS, and JOHN AND JANE DOES 1-100 (in their official and individual capacities),<br><br>      Defendants | C.A. No.: 1:24-CV-12096 |

**DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned are an authorized representative of R3 Education, Inc. and Medical University of the Americas, and its lead counsel in this case, who confirm that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and (b) to consider resolution of the litigation through the alternative dispute resolution programs such as those outlined in Local Rule 16.4.

R3Education, Inc.

*/s/ Patrick Donnellan*
Patrick Donnellan
President

R3 EDUCATION, INC. and MEDICAL
UNIVERSITY OF THE AMERICAS,

*/s/ Daryl J. Lapp*
Daryl J. Lapp (BBO #554980)
  daryl.lapp@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Nathalie M. Vega (BBO #712480)
  nathalie.vega@lockelord.com
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
(401) 276-6421

November 26, 2024

**Certificate of Service**

      I certify that on November 26, 2024, I caused the foregoing document to be filed and served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

                                       */s/Daryl J. Lapp*
                                       Daryl J. Lapp