UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JARED UHLICH,<br>   *Plaintiff,*<br>v.<br>R3 EDUCATION, INC., MEDICAL UNIVERSITY OF THE AMERICAS, and JOHN AND JANE DOES 1-100,<br>   *Defendants.* | C.A. No. 1:24-CV-12096-WGY |

**JOINT STATEMENT FOR THE INITIAL SCHEDULING CONFERENCE**

The parties submit this Joint Statement in accordance with the Court's Notice of Scheduling Conference.

**I. Proposed Schedule for Discovery and Motions**

| Event | Proposed Deadline |
|---|---|
| Initial Disclosures Served | November 27, 2024 |
| Amendments to Pleadings | January 15, 2025 |
| Fact Discovery Completed | June 30, 2025 |
| Expert Reports Served<br> Plaintiff's expert(s)<br> Defendants' expert(s) | <br>July 31, 2025<br>August 31, 2025 |
| Expert Depositions Completed | September 30, 2025 |
| Summary Judgment<br> Motions filed<br> Oppositions filed<br> Replies filed | <br>September 30, 2025<br>21 days after motions filed<br>7 days after oppositions filed |
| Daubert Motions | October 31, 2025 |
| Final Pretrial Conference | December 2026 |

| Event | Proposed Deadline |
|---|---|
| Running Trial List | January 2026 |

**II.   Discovery Limitations**

The parties currently do not contemplate a need to modify the discovery limitations imposed by Federal and Local Rules.

**III.   Phased Discovery**

The parties do not believe the case is appropriate for phased discovery.

**IV.   Magistrate Judge**

The parties assent to assignment of this case to a Magistrate Judge for trial and pretrial proceedings.

**V.   Settlement Proposal**

Plaintiff has provided a settlement proposal to the Defendants in compliance with Local Rule 16.1(c).

**VI.   Local Rule 16.1(d)(3) Certifications**

Pursuant to Local Rule 16.1(d)(3), each party will file separately their certification affirming that each party and their counsel have conferred regarding the costs of litigation and alternatives to litigation and have conferred regarding alternative dispute resolution.

Dated: November 26, 2024

*Attorneys for Plaintiff Jared Uhlich*

*/s/ Keith Altman*

Keith Altman *(pro hac vice)*
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Rd., Suite 375
Farmington Hills, Michigan 48331

*Attorneys for Defendants R3 Education Inc. and Medical University of the Americas*

*/s/ Daryl J. Lapp*

Daryl J. Lapp (BBO No. 554980)
LOCKE LORD LLP
111 Huntington Avenue
Boston, Massachusetts 02199

(248) 987-8929  
keithaltman@kaltmanlaw.com

Regina M. Federico (BBO No. 700099)  
NESENOFF & MILTENBERG, LLP  
101 Federal Street, Nineteenth Floor  
Boston, Massachusetts 02110  
(617) 209-2188  
rfederico@nmllplaw.com

(617) 230-0100  
daryl.lapp@lockelord.com

Nathalie M. Vega (BBO No. 712480)  
LOCKE LORD LLP  
2800 Financial Plaza  
Providence, RI 02903  
(401) 276-6421  
nathalie.vega@lockelord.com

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 26, 2024.

/s/ *Keith Altman*
Keith Altman