UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JARED UHLICH,

        *Plaintiff,*

v.

R3 EDUCATION, INC., MEDICAL
UNIVERSITY OF THE AMERICAS, and
JOHN AND JANE DOES 1-100,

        *Defendants.*

Case No. 1:24-CV-12096-WGY

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned are an authorized representative of Jared Uhlich, and his lead counsel in this case, who confirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (b) to consider resolution of the litigation through the alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**Dated: November 26, 2024**

*Attorneys for Plaintiff Jared Uhlich*

THE LAW OFFICE OF KEITH ALTMAN

**Keith Altman, Esq.**
(*pro hac vice*)
**33228 West 12 Mile Road, Suite 375**
**Farmington Hills, Michigan 48331**
**(248) 987-8929**
**keithaltman@kaltmanlaw.com**

1

**NESENOFF & MILTENBERG, LLP**

/s/ *Regina M. Federico*
**Regina M. Federico (BBO No. 700099)**
**101 Federal Street, 19th Floor**
**Boston, Massachusetts 02110**
**(617) 209-2188**
**tdavis@nmllplaw.com**
**rfederico@nmllplaw.com**

**Andrew T. Miltenberg, Esq.**
**(*Pro Hac Vice* Forthcoming)**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
**amiltenberg@nmllplaw.com**

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 26, 2024.

/s/ Regina M. Federico
Regina M. Federico