UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JARED UHLICH,<br><br>    Plaintiff,<br><br>v.<br><br>R3 EDUCATION, INC. &<br>MEDICAL UNIVERSITY OF<br>THE AMERICAS,<br><br>    Defendant. | Civil Action No. 24-12096-JCB |

## SCHEDULING ORDER

December 11, 2024

    This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

### Timetable for Discovery and Motion Practice

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **January 15, 2025**.

2. **Fact Discovery - Interim Deadlines.**
   a. All written fact discovery must be served by **March 7, 2025**.
   b. All depositions, other than expert depositions, must be completed by **June 30, 2025**.

3. **Fact Discovery - Final Deadline.** All discovery, other than expert discovery, must be completed by **June 30, 2025**.

4. **Status Conference.** A status conference will be held on **May 7, 2025, at 11:15**

**a.m.,** in Courtroom 14 on the 5th floor before the Hon. Jennifer C. Boal, U.S.M.J. By **May 5, 2025**, the parties shall file a STATUS REPORT indicating the current status of the case, including whether the parties intend to seek expert discovery and/or intend to file any dispositive motions, whether the parties are interested in mediation, as well as any other matter relevant to the progress of the case.

### Procedural Provisions

1. **Modification of Scheduling Order.** Pursuant to Local Rule 16.1(g), the Scheduling Order, having been established with the participation of all parties, can be modified only by court order, and only upon a showing of good cause supported by affidavits, other evidentiary materials, or references to pertinent portions of the record. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

2. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the Court after the relevant deadline has passed, the Court may enter such additional orders relating to discovery as may be appropriate.

3. **Reply Memoranda.** Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days after service of the opposition memorandum. Parties may otherwise file reply or sur-reply memoranda only with leave of court. When such leave is sought, the moving party may file a proposed reply or sur-reply memorandum with the motion for leave.

4. **Status Conferences.** The Court has scheduled a status conference after (or close to) the close of discovery for case management purposes. Upon request of counsel, or at the Court's own initiative, additional case-management or status

5. **Early Resolution of Issues.** The Court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

6. **Standing Orders.** This Session has issued several standing orders, available on the Court's website at https://www.mad.uscourts.gov/boston/boal.htm. Counsel must review and adhere to all relevant standing orders.

7. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge