UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JARED UHLICH,<br><br>　　　　Plaintiff<br><br>　v.<br><br>R3 EDUCATION, INC., MEDICAL UNIVERSITY OF THE AMERICAS, and JOHN AND JANE DOES 1-100 (in their official and individual capacities),<br><br>　　　　Defendants | Civil Action No. 1:24-CV-12096 |

### ASSENTED-TO MOTION TO ADMIT DALE A. EVANS, JR. *PRO HAC VICE*

　　Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the Defendants R3 Education, Inc. and Medical University of the Americas (the "Defendants"), hereby move to admit attorney Dale A. Evans Jr. ("Attorney Evans"), *Pro Hac Vice*, on behalf of the Defendants in the above-captioned case.  In support of this motion, the Declaration of Dale A. Evans Jr. is submitted herewith. In further support of this motion, Defendants state as follows:

　　1.　The Defendants have retained Dale A. Evans Jr. of Troutman Pepper Locke LLP in West Palm Beach, Florida to assist in defending them in this case. Attorney Evans is admitted to and is a member in good standing of the Bar of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the District of Columbia, and the United States Court of Appeals for the Eleventh Circuit. There are no disciplinary proceedings pending against Attorney Evans in any jurisdiction. He has read and

agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts. (Evans Decl.)

2. The undersigned counsel, who is a member of the bar of this Court, has entered an appearance for the Defendants, will act as co-counsel in this case, and will appear at conferences and hearings as appropriate.

3. Defendant's counsel has conferred with counsel for the Plaintiff and he has assented to the relief sought in this motion.

WHEREFORE, Defendants and the undersigned counsel respectfully move for the admission of Dale A. Evans Jr. *pro hac vice* to appear as counsel in the above-captioned case.

Respectfully submitted,

**R3 EDUCATION, INC. AND MEDICAL UNIVERSITY OF THE AMERICAS,**

By their attorneys,

TROUTMAN PEPPER LOCKE LLP

*/s/Daryl J. Lapp*
Daryl J. Lapp (BBO No. 554980)
daryl.lapp@troutman.com
111 Huntington Avenue
Boston, MA 02199
617-230-0100

Nathalie Vega Crespo (BBO No. 712480)
nathalie.vega@troutman.com
2800 Financial Plaza
Providence, RI 02903
401-274-9200

Dale A. Evans, Jr. (*pro hac vice* pending)
dale.evans@troutman.com
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
561-820-0248

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on January 9, 2025, counsel for the defendants conferred by email with counsel for the plaintiff, who assented to the allowance of this motion.

## **CERTIFICATE OF SERVICE**

I certify that on January 9, 2025, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.