UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JARED UHLICH,

        Plaintiff

  v.

R3 EDUCATION, INC., MEDICAL
UNIVERSITY OF THE AMERICAS, and
JOHN AND JANE DOES 1-100 (in their
official and individual capacities),

        Defendants

Civil Action No.  1:24-CV-12096

## DECLARATION OF DALE A. EVANS, JR.

I, Dale A. Evans Jr., state the following under oath:

1.      I am a partner in the law firm of Troutman Pepper Locke LLP at the address of 777 South Flagler Drive, Suite 215, East Tower, West Palm Beach, FL 33401, and I submit this Declaration in support of the application by the Defendants R3 Education, Inc. and Medical University of the Americas (the "Defendants") to permit me to appear and participate, *pro hac vice*, as counsel for the Defendants in the above-captioned matter.

2.      I was admitted to practice law in the State of Florida in 2012. I am a current member in good standing of the Bar of the State of Florida and am licensed to practice before the highest court in Florida. I am also a member of the bar of the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the District of Columbia, and the United States Court of Appeals for the Eleventh Circuit.

3.      I am a member in good standing in every jurisdiction where I have been admitted to practice.

1

142808157v.1

4.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.      I have never had a *pro hac vice* admission to this Court revoked for misconduct.

6.      I have read the Local Rules of the United States District Court for the District of Massachusetts. I agree to comply with the Local Rules.

7.      The Defendants have requested that I represent them in this matter. I am fully familiar with the facts and events surrounding this litigation.

8.      If admitted *pro hac vice*, I will immediately notify the Court of any matter affecting my standing at the bar of any other Court.

9.      I respectfully submit that there is good cause for my admission *pro hac vice* as counsel for the Defendants.

Signed under the penalties of perjury this January 9, 2025.


*/s/ Dale A. Evans, Jr.*
Dale A. Evans, Jr.
Troutman Pepper Locke LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
561-820-0248
dale.evans@troutman.com

2