UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JARED UHLICH,<br><br>   Plaintiff,<br><br> v.<br><br>R3 EDUCATION, INC., MEDICAL UNIVERSITY OF THE AMERICAS, and JOHN AND JANE DOES 1-100 (in their official and individual capacities),<br><br>   Defendants. | C.A. No.: 1:24-CV-12096 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Dale A. Evans Jr. of Troutman Pepper Locke LLP, 777 South Flagler Drive, Suite 215 – East Tower, West Palm Beach FL 33401, as counsel of record for the defendants, R3 Education, Inc. and Medical University of the Americas, in the above-captioned action.

             R3 EDUCATION, INC. and MEDICAL
             UNIVERSITY OF THE AMERICAS,


             */s/ Dale A. Evans Jr.*
             Dale A. Evans Jr., *pro hac vice*
             Florida Bar Number: 98496
             dale.evans@troutman.com
             TROUTMAN PEPPER LOCKE LLP
             777 South Flagler Drive
             Suite 215 – East Tower
             West Palm Beach, FL  33401
             (516) 833-7700

January 10, 2025

2

**CERTIFICATE OF SERVICE**

I certify that on January 10, 2025 this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

*/s/ Dale A. Evans Jr.*
Dale A. Evans Jr., *pro hac vice*

142857839

2